## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MALLINCKRODT INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 14-CV-3607-DKC |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | * | |
| Defendants. | * | |

******

## NOTICE OF APPEARANCE

Please take notice that Philip M. Toomajian hereby enters his appearance as counsel on behalf of Defendants United States Food and Drug Administration, and United States of America, and respectfully requests that all pleadings and notices of electronic filing in this case also be served upon him.

Dated:  November 18, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JONATHAN F. OLIN
Deputy Assistant Attorney General

MICHAEL S. BLUME
Director

ANDREW E. CLARK
Assistant Director

      s/ Philip Toomajian
PHILIP M. TOOMAJIAN
Trial Attorney
Consumer Protection Branch
United States Department of Justice
450 Fifth Street, N.W., Suite 6400 South
Washington, DC  20530
Telephone: 202-616-0219
Fax: 202-514-8742
Philip.Toomajian@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of November 2014, Defendants' NOTICE OF APPEARANCE was served on counsel for the Plaintiffs through ECF.

                                       s/ Philip Toomajian  
                                       Philip Toomajian  
                                       Trial Attorney  
                                       Consumer Protection Branch  
                                       United States Department of Justice