IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALLINCKRODT INC.                  :

       v.                      :   Civil Action No. DKC 14-3607

UNITED STATES FOOD AND DRUG
  ADMINISTRATION, et al.      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 29th day of July, 2015, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by Defendants United States Food and Drug Administration and United States of America (ECF No. 30) BE, and the same hereby IS, GRANTED in part;

2. Counts I, III, and V of Plaintiff Mallinckrodt Inc.'s complaint BE, and the same hereby ARE, DISMISSED;

3. Judgment BE, and the same hereby IS, ENTERED in favor of Defendants and against Mallinckrodt as to counts II and IV of Mallinckrodt's complaint;

4. The motion to compel production of the administrative record filed by Mallinckrodt (ECF No. 31) BE, and the same hereby IS, DENIED as moot;

5. The motions to seal filed by Mallinckrodt (ECF Nos. 4 and 20) BE, and the same hereby ARE, DENIED;

6. Mallinckrodt shall have fourteen (14) days from the date of this Order to file renewed motions to seal providing redacted versions of the declarations of Walt Kaczmarek and Mario Saltarelli (ECF Nos. 5, 7, and 19), or to provide sufficient justification as to why the documents must be sealed in their entirety;

7. The clerk is directed to file this Memorandum Opinion temporarily under seal and the parties jointly will notify the court within fourteen (14) days of any requested redactions to the version that will be released to the public docket; and

8. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                  /s/
                                              DEBORAH K. CHASANOW
                                              United States District Judge